**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTOR ANDREWS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Grupo Gitano, LLC,<br><br>Defendant. | Case no. 1:24-cv-05726<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: December 30, 2024

/s/ Asher Cohen
Asher Cohen, Esq.
ASHER COHEN PLLC
2377 56th Dr,
Brooklyn, New York 11234
(718) 914-9694
acohen@ashercohenlaw.com
*Attorney for Plaintiff*

/s/ Lauren Lepore
Lauren Lepore, Esq.
Lepore Law Group
370 Lexington Avenue
New York, NY 10017
(646) 632-3785
llepore@leporelawgroup.com
*Counsel for Defendant*